**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**at ASHLAND**

**CASE NO. 26-mj-01-CJS**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**vs.**                                                    **ORDER**

**GEORGE WILLIS**                                                    **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States having informed that Defendant George Willis is now in federal custody,

having been arrested in the State of California on the arrest warrant issued based on the Criminal

Complaint in this case; and the United States having requested the Criminal Complaint be unsealed

so that it may be provided to Defendant and the California court for purposes of court proceedings;

accordingly,

**IT IS ORDERED** that the Clerk of Court is **DIRECTED** to **UNSEAL** the Criminal

Complaint and attached Affidavit in this matter.

Dated this 13th day of July, 2026.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\criminal ashland\2026\26-mj-01-CJS order unsealg crim complt.docx